UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

UNITED STATES OF AMERICA

v.  Case No. 8:10-cr-162-T-23MAP

CHARLES RASHEEN SISTRUNK
_____/

## **PRELIMINARY ORDER OF FORFEITURE**

The defendant pleaded guilty to, and was adjudged guilty of, the offense charged in Count One of the indictment, violation of 18 U.S.C. § 922(g)(1).

The United States moves (Doc. 24) for a preliminary order forfeiting Charles Rasheen Sistrunk's interest in

1. One Smith & Wesson 9mm, Serial Number TJC4116,
2. One Smith & Wesson 9mm, Serial Number unknown, and
3. Sixty assorted rounds of ammunition.

The United States has established the requisite nexus between the firearms and ammunition and the offense charged in the Indictment.  Because the United States is entitled to possession of the firearms and ammunition under 18 U.S.C. § 924(d)(1), 28 U.S.C. § 2461(c), and Rule 32.2(b), Federal Rules of Criminal Procedure, the motion is **GRANTED**.  Charles Rasheen Sistrunk's interest in the above-listed firearms and ammunition is condemned and forfeited to the United States for disposition according to law.

Jurisdiction is retained to the extent necessary to complete the forfeiture and disposition of the firearms and ammunition.

ORDERED in Tampa, Florida, on December 14, 2010.

                                                          STEVEN D. MERRYDAY
                                                          UNITED STATES DISTRICT JUDGE