UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

UNITED STATES OF AMERICA

v.  Case No. 8:10-cr-162-T-23MAP

CHARLES RASHEEN SISTRUNK
_____/

**FINAL JUDGMENT OF FORFEITURE**

On December 14, 2010, a "Preliminary Order of Forfeiture" (Doc. 25) was entered forfeiting to the United States of America Charles Rasheen Sistrunk's right, title and interest in:

1. One Smith & Wesson 9mm, Serial Number TJC4116,
2. One Smith & Wesson 9mm, Serial Number unknown, and
3. Sixty assorted rounds of ammunition.

The forfeiture was also included in the judgment (Doc. 28) filed January 20, 2011. The United States moves (Doc. 32) under Rule 32.2(c)(2), Federal Rules of Criminal Procedure; 18 U.S.C. § 924(d)(1); 28 U.S.C. § 2461(c); and 21 U.S.C. § 853(n)(7) for entry of a final judgment of forfeiture as to the weapons and ammunition.

In accordance with 21 U.S.C. § 853(n) and Rule 32.2(b)(6)(C), Federal Rules of Criminal Procedure, from December 16, 2010, through January 14, 2011, the Untied States published notice of the forfeiture and the intent to dispose of the weapons and the ammunition at www.forfeiture.gov. The publication notified each interested third-party to file a petition to adjudicate their interest (1) within sixty days of the first day of

publication and (2) with the Office of the Clerk, United States District Court, Middle District of Florida, Sam Gibbons Federal Courthouse, 2nd Floor, 801 North Florida Avenue, Tampa, Florida 33602.

Other than Charles Rasheen Sistrunk, whose interest was previously forfeited to the United States, no person or entity has filed a petition or claimed an interest in the weapons or ammunition, and the time for filing a petition has passed. Charles Rasheen Sistrunk was the sole owner of the weapons and ammunition.

Accordingly, the United States' motion (Doc. 32) is **GRANTED**. All right, title, and interest in the weapons and ammunition is **CONDEMNED** and **FORFEITED** to the United States of America for disposition under Rule 32.2(c)(2), Federal Rules of Criminal Procedure; 18 U.S.C. § 924(d)(1); 28 U.S.C. § 2461(c); and 21 U.S.C. § 853(n)(7).

Clear title to the weapons and ammunition vests in the United States of America.

ORDERED in Tampa, Florida, on February 23, 2011.

STEVEN D. MERRYDAY
UNITED STATES DISTRICT JUDGE